1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

BOBBY D. COLBERT,

9

                          Petitioner,

10

          v.

11

JASON BENNETT,

12

                          Respondent.

Case No. C24-1439-DGE-SKV

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

13

14

          This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an

15

application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application

16

demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed

17

*in forma pauperis*, Dkt. 1, is therefore GRANTED.  The Clerk is directed to file Petitioner's

18

petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed

19

to send a copy of this Order to petitioner.

20

          Dated this 16th day of September, 2024.

21

22

_____
S. KATE VAUGHAN
United States Magistrate Judge

23