UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY D. COLBERT,<br><br>    Petitioner,<br><br> v.<br><br>JASON BENNETT,<br><br>    Respondent. | CASE NO. 2:24-cv-01439-DGE-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7.) AND ORDER ON MOTION TO STAY (DKT. NO. 9) |

This matter comes before the Court on the Honorable S. Kate Vaughan, United States Magistrate Judge's Report and Recommendation ("R&R") (Dkt. No. 7), which recommends Petitioner's federal habeas petition (Dkt. No. 5) be dismissed for lack of jurisdiction and that a certificate of appealability be denied. Petitioner did not file an objection to the R&R, instead, Petitioner filed a motion to stay pending appeal of the order granting his application to proceed *in forma pauperis*. (Dkt. No. 9; *see also* Dkt. No. 8.)

The R&R recommends the Court dismiss Petitioner's habeas petition because "[a] review of this Court's records reveals that Petitioner has filed or submitted ten other federal habeas

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7.) AND ORDER ON MOTION TO STAY (DKT. NO. 9) - 1

petitions challenging his conviction under Skagit County Superior Court Case No. 04-1-00497-6" and "[u]nder r § 2244(b)(2), the Court must dismiss a claim presented in a successive petition if it was presented in a prior habeas petition." (Dkt. No. 7 at 2.)

Further, the R&R recommends the Court deny the Petitioner a certificate of appealability. (*Id.*) Because, Petitioner has not made a "a substantial showing of the denial of a constitutional right." (*Id.* at 3.) (citing 28 U.S.C. § 2253(c)(2)).

The Court finds no disagreement in the R&R's findings and conclusions.

Accordingly, having reviewed the record de novo, and having received no objection addressing the Honorable S. Kate Vaughan, United States Magistrate Judge's Report and Recommendation, the Court **ADOPTS** the R&R in its entirety and **DISMISSES** Petitioner's federal habeas petition and **DENIES** petitioner a certificate of appealability. As such, Petitioner's Motion to Stay is **DENIED** as moot.

Dated this 15th day of October, 2024.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 7.) AND ORDER ON MOTION TO STAY (DKT. NO. 9) - 2